# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Maurine Molak and Matthew Molak,

    *Petitioners*,

        v.

Federal Communications Commission and United States of America,

    *Respondents*.

No. 23-60641

On Petition for Review of an Order of
the Federal Communications Commission

## FEDERAL RESPONDENTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY

Federal Respondents respectfully move for an extension of the time to file their reply of six days, to February 22, 2024. The extension is necessary to allow coordination of the reply between the agencies. Respondents have contacted counsel for Petitioners, who represented that they do not oppose this motion. Intervenor Schools, Health & Libraries Broadband Coalition supports the motion.

| | |
|---|---|
| Dated: February 12, 2024 | Respectfully submitted, |
| | /s/ *Rachel Proctor May* |
| | P. Michele Ellison<br>　*General Counsel* |
| | Sarah Citrin<br>　*Deputy Associate General Counsel* |
| Robert B. Nicholson<br>Robert J. Wiggers<br>　*Attorneys* | Rachel Proctor May<br>　*Counsel* |
| U.S. DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | FEDERAL COMMUNICATIONS<br>COMMISSION<br>45 L Street NE<br>Washington, DC 20554<br>(202) 418-1740<br>fcclitigation@fcc.gov |
| *Counsel for Respondent*<br>　*United States of America* | *Counsel for Respondent Federal*<br>　*Communications Commission* |

# CERTIFICATE OF COMPLIANCE

Certificate of Compliance With Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    ☒ this document contains <u>58</u> words, *or*

    ☐ this document uses a monospaced typeface and contains _____ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    ☒ this document has been prepared in a proportionally spaced typeface using <u>Microsoft Word for Office 365</u> in <u>14-point Century Schoolbook</u>, *or*

    ☐ this document has been prepared in a monospaced spaced typeface using _____ with _____.

>   /s/ *Rachel Proctor May*
>   Rachel Proctor May
>   *Counsel for Respondent*
>   *Federal Communications Commission*

# CERTIFICATE OF FILING AND SERVICE

I, Rachel Proctor May, hereby certify that on February 12, 2024, I filed the foregoing Federal Respondent's Unopposed Motion for an Extension of Time to File a Reply with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Rachel Proctor May*

Rachel Proctor May
Counsel

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740