# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 15, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60641   Molak v. FCC  
                  Agency No. 23-84

The court has taken the following action in this case:

The court has granted the motion to suspend the briefing notice pending a ruling on the motion to dismiss the petition for review for lack of jurisdiction.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____  
                            Shea E. Pertuit, Deputy Clerk  
                            504-310-7666

Ms. Sarah Citrin  
Mr. Jacob Matthew Lewis  
Mr. Rachel Proctor May  
Mr. Robert B. Nicholson  
Mr. Jacob Moshe Roth  
Mr. Andrew Jay Schwartzman  
Mr. David K. Suska  
Mr. Robert J. Wiggers