# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 15, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60641   Molak v. FCC  
                  Agency No. 23-84

The court has taken the following action in this case:

The court has denied the motion to extend time to file a reply, to the response/opposition, to the motion to dismiss the petition for review for lack of jurisdiction.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____  
                        Shea E. Pertuit, Deputy Clerk  
                        504-310-7666

Ms. Sarah Citrin  
Mr. Jacob Matthew Lewis  
Mr. Rachel Proctor May  
Mr. Robert B. Nicholson  
Mr. Jacob Moshe Roth  
Mr. Andrew Jay Schwartzman  
Mr. David K. Suska  
Mr. Robert J. Wiggers