# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 10, 2024

Mr. Jacob Moshe Roth
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Mr. David K. Suska
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

    No. 23-60641   Molak v. FCC
                       USDC No. 23-84

Dear Mr. Roth, and Mr. Suska,

The court has requested a response to the motion to stay further proceedings filed by the respondents in this case. Your response must be electronically filed on or before Wednesday, October 16, 2024.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   By: _____
                                   Majella A. Sutton, Deputy Clerk
                                   504-310-7680

cc:
    Mr. Mohammad Mujtaba Ali
    Mr. Tiffany Bates
    Mr. James Burnham
    Ms. Sarah Citrin
    Ms. P. Michele Ellison
    Mr. Jacob Matthew Lewis
    Mr. Rachel Proctor May
    Mr. Thomas McCarthy
    Mr. David Sean McFadden

Mr. Jason Neal  
Mr. Robert B. Nicholson  
Mr. David Austin Robert Nimocks  
Mr. Christopher Peele  
Mr. Andrew Jay Schwartzman  
Ms. Jennifer Tatel  
Mr. Michael Christopher Toth  
Mr. Robert J. Wiggers