# JONES DAY

51 LOUISIANA AVE. NW • WASHINGTON, DC 20001

TELEPHONE: +1.202.879.3939 • FACSIMILE: +1.202.626.1700

Direct Number: (202) 879-7658
yroth@JonesDay.com

February 20, 2025

BY ELECTRONIC FILING

Mr. Lyle W. Cayce
Clerk, U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    Re:    Attorney Withdrawal, *Molak v. FCC*, No. 23-60641

Dear Mr. Cayce,

    I write to provide notice of my withdrawal of appearance of counsel in the above-captioned matter for Maurine Molak and Matthew Molak, who will continue to be represented in the matter by David Suska.

                                Respectfully submitted,

                                *s/ Jacob Moshe Roth*
                                *Counsel for Petitioners*

cc:  Counsel of Record via CM/ECF