# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 18, 2025

Mr. David K. Suska
Jones Day
150 W. Jefferson Avenue
Suite 2100
Detroit, MI 48226

Mr. Robert J. Wiggers
U.S. Department of Justice
Antitrust Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Suite 3224
Washington, DC 20530-0001

    No. 23-60641   Molak v. FCC
                            Agency No. 23-84

Dear Counsel:

The parties are directed to file letter briefs of no more than five pages addressing the impact on this case of the Supreme Court's decision in Nuclear Regulatory Commission v. Texas, No. 23-1300 (U.S. June 18, 2025).

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Rebecca Andry, Deputy Clerk
                         504-310-7638

cc:
    Mr. Mohammad Mujtaba Ali
    Mr. Tiffany Bates
    Mr. James Burnham
    Ms. Sarah Citrin
    Ms. P. Michele Ellison
    Mr. Jacob Matthew Lewis
    Mr. Rachel Proctor May
    Mr. Thomas McCarthy

Mr. David Sean McFadden
Mr. Jason Neal
Mr. Robert B. Nicholson
Mr. David Austin Robert Nimocks
Mr. Christopher Peele
Mr. Andrew Jay Schwartzman
Ms. Jennifer Tatel
Mr. Michael Christopher Toth