

# Federal Communications Commission

## Office of General Counsel—Litigation Division

45 L Street NE • Washington, DC 20554
Tel: (202) 418-1740 • Fax: (202) 418-2819

July 2, 2025

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:   *Molak v. FCC & USA*, No. 23-60641 (argued Nov. 4, 2024)

Dear Mr. Cayce:

Respondent Federal Communications Commission hereby gives notice that Rachel Proctor May should be withdrawn as counsel for the Commission because Ms. May is leaving the employ of the agency. The Commission will continue to be represented by undersigned counsel and other Commission attorneys who have entered appearances in this matter.

Sincerely,

/s/  Sarah E. Citrin
Sarah E. Citrin
*Counsel for Respondent*
*Federal Communications Commission*

cc:      All counsel (via CM/ECF)