No. 23-60641

# In the United States Court of Appeals for the Fifth Circuit

MAURINE MOLAK;
MATTHEW MOLAK,

*Petitioners*,

v.

FEDERAL COMMUNICATIONS COMMISSION;
UNITED STATES OF AMERICA,

*Respondents*.

Petition for Review of an Order
of the Federal Communications Commission
FCC 23-84; WC Docket No. 13-184

**UNOPPOSED MOTION TO VOLUNTARILY DISMISS PETITION**

David K. Suska
dsuska@jonesday.com
JONES DAY
150 West Jefferson
Suite 2100
Detroit, MI 48226
Telephone: (313) 733-3939

***Counsel for Petitioners***

Pursuant to Federal Rule of Appellate Procedure 42(b) and Fifth Circuit Rule 42.1, Petitioners Maurine and Matthew Molak respectfully move the Court to dismiss the petition for review. Petitioners have conferred with counsel for Respondents Federal Communications Commission and United States of America and are authorized to represent that Respondents consent to the motion. Intervenor Schools, Health & Libraries Broadband Coalition takes no position on the motion. Each party shall bear its own costs and fees.

Dated: October 3, 2025

Respectfully submitted,

*s/ David K. Suska*
David K. Suska
dsuska@jonesday.com
JONES DAY
150 W. Jefferson Ave.
Suite 2100
Detroit, MI 48226
Telephone: (313) 733-3939

**Counsel for Petitioners**

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, the foregoing was electronically filed with the United States Court of Appeals for the Fifth Circuit using the CM/ECF system. I certify that all parties required to be served have been served.

Dated: October 3, 2025          Respectfully submitted,

                                             s/ *David K. Suska*
                                             *Counsel for Petitioners*

# CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because it contains 76 words, excluding exempted text.

2. This document complies with the type-face and type-style requirements of Fed. R. App. P. 32(a)(5) and 32(a)(6) because it has been prepared in proportionally spaced 14-point Garamond font using Microsoft Word 365.

s/ *David K. Suska*
*Counsel for Petitioners*